DOUGLAS J. FARMER CA (SBN 139646)
douglas.farmer@ogletreedeakins.com
MICHAEL J. NADER (SBN 200425)
michael.nader@ ogletreedeakins.com
CHRISTOPHER M. AHEARN (SBN 239089)
Chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870

Attorneys for Defendant
SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| FRANKLIN QUEZADA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC. and DOES 1-15, <br><br> Defendants. | Case No. 2:12-cv-2188 CAS(DTBx) <br><br> **[PROPOSED] PROTECTIVE ORDER** <br><br> Complaint Filed: March 15, 2012 <br> Disc. Cutoff:   June 3, 2013 <br> Trial Date:    Dec. 4, 2013 |

# O R D E R

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of confidential material (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED:  September 26, 2012

_____
HONORABLE DAVID T. BRISTOW
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT