1  Douglas J. Farmer, State Bar No. 139646
   douglas.farmer@ogletreedeakins.com
2  Michael J. Nader, State Bar No. 200425
   michael.nader@ogletreedeakins.com
3  Christopher M. Ahearn, State Bar No. 239089
   chris.ahearn@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
5  Steuart Tower, Suite 1300
   One Market Plaza
6  San Francisco, CA  94105
   Telephone:  415.442.4810
7  Facsimile:   415.442.4870
8
   Attorneys for Defendant
9  SCHNEIDER LOGISTICS TRANSLOADING &
   DISTRIBUTION, INC.
10

11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13                       WESTERN DIVISION

14 | FRANKLIN QUEZADA, ELIZABETH GUTIERREZ, VICTOR RAMIREZ, an WALTER DOWNING for themselves and all others similarly situated and the general public, | Case No. 2:12-cv-02188-CAS-(DTBx)
15 | | 
16 | | (~~PROPOSED~~) ORDER REGARDING CASE SCHEDULE
17 | | 
18 | Plaintiffs, | Complaint Filed: March 15, 2012
   | | Trial Date:       None Set
   | | Judge:            Christina A. Snyder
19 | v. |
20 | SCHNEIDER LOGISTICS TRANSLOADING & DISTRIBUTION, INC.; and DOES 1 through 5, |
21 | |
22 | Defendants. |
23
24
25
26
27
28

                                    2:12-cv-02188-CAS-(DTBx)
             (PROPOSED) ORDER REGARDING CASE SCHEDULE

**(PROPOSED ORDER)**

The Court has reviewed and considered the parties' Joint Stipulation Regarding Case Schedule.

Based on the parties Joint Stipulation, and good cause appearing therefor, the Court hereby ORDERS that the schedule for this case shall be as follows:

Last day to file motion for class certification: Sept. 23, 2013;

Deadline for opposition to motion for class cert.: November 4, 2013;

Deadline for reply in support of mot. for class cert.: November 25, 2013;

Factual Discovery Cut-off: January 31, 2014;

Last Day to File Dispositive Motions: March 3, 2014;

Exchange of Expert Reports Cut-off: April 2, 2014;

Exchange of Rebuttal Reports Cut-off: April 30, 2014;

Expert Discovery Cut-off: May 28, 2014;

Pretrial Conference/Motions in Limine (11:00 A.M.): July 28, 2014; and

Jury Trial (9:30 A.M.): August 12, 2014;

Dated: May 14, 2013.

By: *Christina A. Snyder*
The Honorable Christina A. Snyder
U.S. District Court Judge