THERESA M. TRABER (SBN 116305)
LAUREN TEUKOLSKY (SBN 211381)
REBECCA PETERSON-FISHER (SBN 255359)
MARISA HERNANDEZ-STERN (SBN 282477)
Traber & Voorhees
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 585-1400
tmt@tvlegal.com
lt@tvlegal.com
rpf@tvlegal.com
mhs@tvlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANKLIN QUEZADA, ELIZABETH GUTIERREZ, VICTOR RAMIREZ, and WALTER DOWNING for themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER LOGISTICS TRANSLOADING & DISTRIBUTION, INC.; and DOES 1 through 5,<br><br>Defendants. | Case No. 2:12-cv-02188-CAS-(DTBx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER VACATING DATES IN LIGHT OF THE PARTIES' SETTLEMENT**<br><br>Complaint Filed: March 15, 2012<br>Trial Date: None Set<br>Judge: Christina A. Snyder |

2:12-cv-02188-CAS-(DTBx)

**ORDER**

On August 23, 2013, the parties notified the Court that they had reached a settlement agreement, the essential terms of which are memorialized in a signed and enforceable Memorandum of Understanding, dated August 15, 2013.  The parties informed the Court that they are currently drafting a detailed settlement agreement, and that Plaintiffs will file a motion for preliminary approval as soon as possible.  The parties have requested that the Court vacate all of the dates set forth in the Order Regarding Case Schedule filed on May 14, 2013 (Doc. #70).  Good cause appearing therefor, the Court GRANTS the parties' request and hereby VACATES all of the dates set forth in the Order Regarding Case Schedule filed on May 14, 2013 (Doc. #70).

If a motion for preliminary approval has not been filed by September 30, 2013 the parties shall appear for a status conference on October 7, 2013 at 11:00 A.M., to explain the delay.

IT IS SO ORDERED.

DATED: August 28, 2013

By: *Christina A. Snyder*
The Hon. Christina A. Snyder
U.S. District Court Judge