Douglas J. Farmer Cal. Bar No. 139646
douglas.farmer@ogletreedeakins.com
Christopher M. Ahearn Cal. Bar No. 239089
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415.442.4810
Facsimile:  415.442.4870

Attorneys for Defendant
SCHNEIDER LOGISTICS TRANSLOADING & DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN QUEZADA, ELIZABETH GUTIERREZ, VICTOR RAMIREZ, an WALTER DOWNING for themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER LOGISTICS TRANSLOADING & DISTRIBUTION, INC.; and DOES 1 through 5,<br><br>Defendants. | Case No. 2:12-cv-02188-CAS-(DTBx)<br><br>**[PROPOSED] ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: March 15, 2012<br><br>Hearing:      May 12, 2014<br>Time:         10:00 a.m.<br>Courtroom:    5<br>Before:       Judge Christina A. Snyder |

The Court hereby grants Defendant's request to appear via telephone at the Hearing on Unopposed Motion for Final Approval of Class Action Settlement on May 12, 2014.

Dated: April 28, 2014

By: ___*Christina A. Snyder*___
The Honorable Christina A. Snyder
Judge, United States District Court

Case No. 2:12-cv-02188-CAS-(DTBx)
DEFENDANT SCHNEIDER LOGISTICS TRANSLOADING & DISTRIBUTION, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND [PROPOSED] ORDER